IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LATHAM, | : | CIVIL NO. 3:14-CV-1174 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CLINTON COUNTY | : | |
| CORRECTIONAL FACILITY, | : | |
| | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 17 day of July 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's applications to proceed *in forma pauperis* (Docs. 2, 6) are construed as motions to proceed without full prepayment of fees and costs and are GRANTED.

2. Plaintiff's complaint is hereby DISMISSED without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. If plaintiff can correct the deficiencies of his claim that he was denied seizure medication, he may FILE a proposed amended complaint on or before August 4, 2014.

4. Any proposed amended complaint shall contain the same case number that is already assigned to this action (3:14-CV-1174) and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

5.  Failure to file a timely proposed amended complaint will result in dismissal of the action.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court