IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LATHAM, | : | CIVIL NO. 3:14-CV-1174 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| CLINTON COUNTY CORRECTIONAL FACILITY, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 12th day of September 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's amended complaint (Doc. 15) is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court